## 36696. JETT FOREST ESTATES, INC. v. FINCH.

The judgment of the trial court is affirmed without opinion pursuant to Rule 59.

*All the Justices concur.*

ARGUED OCTOBER 14, 1980 — DECIDED
DECEMBER 2, 1980 —
REHEARING DENIED DECEMBER 16, 1980.

*John K. Dunlap,* for appellant.
*George G. Finch,* pro se.